1  PATRICK L. FORTE, #80050
   LAW OFFICES OF PATRICK L. FORTE
2  1624 Franklin Street, #911
   Oakland, CA 94612
3  Telephone: (510) 465-3328
   Facsimile: (510) 763-8354

The following constitutes
the order of the court. Signed July 14, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 11-40435 RLE |
| **KENNETH LEE SHERRILL,** | Chapter 13 |
| Debtor. | **JUDGMENT VOIDING LIEN OF US BANK, NA AND ITS SUCCESSORS IN INTEREST** |
| _____/ | |

On April 20, 2011, this court entered an ORDER VALUING SECOND LIEN OF US BANK, NA against certain property of Debtor for purposes of this chapter 13 case. That order was subject to being set aside until Debtor obtained a discharge or completed plan payments in this chapter 13 case. Debtor having obtained discharge, the court now therefore enters the following judgment:

The second lien of US Bank, NA and its successors in interest regarding the property commonly known as 195 Glenwood, Hercules, CA 94547, and which was recorded in Contra Costa County on or about

1 | September 19, 2007 as document 026550400, is hereby determined to be
2 | entirely, permanently, and for all purposes void and unenforceable.

*** END OF ORDER ***

COURT SERVICE LIST

Kenneth Lee Sherrill
195 Glenwood
Hercules, CA 94547

Attn: Officer
US Bank, NA
425 Walnut Street
Cincinnati, OH 45202

Attn: Jason Jones
US Bank, NA
PO Box 5229
Cincinnati, OH 45201